636

396 A.2d 839

Mobil Oil Corporation v. Northwestern Agency, Inc. et al. (et al., Appellant).

Argued October 24, 1978. Francis J. Carey, for appellant; Stephen Israel, for appellee, Pivirotto.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.